AMERICAN STEEL AND IRON COMPANY, INC., Respondent, *v.* L. B. FOSTER Co., INC.. Appellant. (Action No. 1.)

L. B. FOSTER COMPANY, Appellant, *v.* AMERICAN STEEL AND IRON COMPANY, Respondent. (Action No. 2.)

(Submitted June 13, 1933; decided July 11, 1933.)

*Edwin A. Falk* and *Kenneth S. MacAffer* for appellant.
*Abraham L. Doris* for respondent.

no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.